Decided July 19, 2005

## STATE OF CONNECTICUT *v.* PHILIP N. PETERS

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 141 (AC 25003), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided July 19, 2005